**No. 09-7676. Gerald H. Sternberg, Petitioner v. Michigan State University, et al.**

559 U.S. 1059, 130 S. Ct. 2368, 176 L. Ed. 2d 579, 2010 U.S. LEXIS 3062.

April 5, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1128, 130 S. Ct. 1094, 175 L. Ed. 2d 913, 2010 U.S. LEXIS 381.

**No. 09-7714. Fred L. Murray, Jr., Petitioner v. Hyacinth Walker-Murray.**

559 U.S. 1059, 130 S. Ct. 2368, 176 L. Ed. 2d 579, 2010 U.S. LEXIS 3001.

April 5, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 909, 130 S. Ct. 1291, 175 L. Ed. 2d 1082, 2010 U.S. LEXIS 913.

**No. 09-7877. Janet Francis, Petitioner v. Joint Force Headquarters National Guard, et al.**

559 U.S. 1059, 130 S. Ct. 2368, 176 L. Ed. 2d 579, 2010 U.S. LEXIS 3028.

April 5, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 911, 130 S. Ct. 1297, 175 L. Ed. 2d 1086, 2010 U.S. LEXIS 848.

**No. 09-7878. Sheila Dennis, Petitioner v. Keller Meyer Building Services.**

559 U.S. 1059, 130 S. Ct. 2368, 176 L. Ed. 2d 579, 2010 U.S. LEXIS 3063.

April 5, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 944, 130 S. Ct. 1513, 176 L. Ed. 2d 122, 2010 U.S. LEXIS 1320.

**No. 09-8096. In re James Edward Walls, Petitioner.**

559 U.S. 1059, 130 S. Ct. 2369, 176 L. Ed. 2d 579, 2010 U.S. LEXIS 3008.

April 5, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1146, 130 S. Ct. 1165, 175 L. Ed. 2d 992, 2010 U.S. LEXIS 646.

**No. 09-8100. Ra'Zulu Ukawabutu, Petitioner v. Michelle R. Ricci, Associate Administrator, New Jersey State Prison, et al.**

559 U.S. 1059, 130 S. Ct. 2369, 176 L. Ed. 2d 579, 2010 U.S. LEXIS 2973.

April 5, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 950, 130 S. Ct. 1532, 176 L. Ed. 2d 131, 2010 U.S. LEXIS 1471.

**No. 09-8104. Laurie Marie Laskey, Petitioner v. Platt Electric Supply, Inc.**

559 U.S. 1059, 130 S. Ct. 2369, 176 L. Ed. 2d 579, 2010 U.S. LEXIS 2989.

April 5, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 950, 130 S. Ct. 1532, 176 L. Ed. 2d 131, 2010 U.S. LEXIS 1402.